**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Denise K. McDyre<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3126<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–14534–JNP | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Denise K. McDyre
   aka Denise Gallo

5/7/21    **By the court:** Jerrold N. Poslusny Jr.
   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Denise K. McDyre  
    Debtor

Case No. 18-14534-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: May 07, 2021     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Denise K. McDyre, 605 Hunter St, Gloucester City, NJ 08030-2022 |
| 517375991 | | Atlantic Credit & Finance, PO Box 2001, Warren, MI 48090-2001 |
| 517375997 | | Credit Control, LL, PO Box 31179, Tampa, FL 33631-3179 |
| 517464793 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518263504 | + | Toyota Motor Credit Corporation, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 517376004 | | True Accord, 303 2nd Ln Ste 750, South San Francisco, CA 94080-4704 |
| 517375992 | | capital one bank, lyons, doughty & veldhuis, PO Box 1269, Mount Laurel, NJ 08054-7269 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517467825 | | EDI: CAPITALONE.COM | May 08 2021 00:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517375993 | + | EDI: CAPITALONE.COM | May 08 2021 00:18:00 | Capital One Bank Usa NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 517518985 | | EDI: BL-BECKET.COM | May 08 2021 00:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517375994 | | EDI: WFNNB.COM | May 08 2021 00:28:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 517375995 | + | EDI: WFNNB.COM | May 08 2021 00:28:00 | Comenity Bank/Victorias Secret, Po Box 182273, Columbus, OH 43218-2273 |
| 517375996 | | EDI: WFNNB.COM | May 08 2021 00:28:00 | Comenity/Boscovs, PO Box 659622, San Antonio, TX 78265-9622 |
| 517375998 | + | Email/PDF: creditonebknotifications@resurgent.com | May 07 2021 21:56:54 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 517438024 | | EDI: CITICORP.COM | May 08 2021 00:18:00 | Department Stores National Bank, Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 |
| 517375999 | | EDI: CITICORP.COM | May 08 2021 00:18:00 | Dsnb/Macys, 9111 Duke Blvd, Mason, OH 45040-0000 |
| 517984731 | | EDI: Q3G.COM | May 08 2021 00:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517376000 | + | Email/Text: PBNCNotifications@peritusservices.com | May 07 2021 20:35:00 | Kohls, Po Box 3115, Milwaukee, WI 53201-3115 |
| 517524530 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 07 2021 21:55:04 | MERRICK BANK, Resurgent Capital Services, |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 517459190 | + EDI: MID8.COM | | May 08 2021 00:28:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517376001 | Email/PDF: MerrickBKNotifications@Resurgent.com | | May 07 2021 21:55:57 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517474332 | EDI: Q3G.COM | | May 08 2021 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517524241 | EDI: Q3G.COM | | May 08 2021 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517524243 | EDI: Q3G.COM | | May 08 2021 00:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517376002 | EDI: RMSC.COM | | May 08 2021 00:18:00 | Syncb/qvc, PO Box 965036, Orlando, FL 32896-5036 |
| 517378404 | + EDI: RMSC.COM | | May 08 2021 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517376003 | EDI: TFSR.COM | | May 08 2021 00:18:00 | Toyota Motor Credit Corp, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Stephanie Shreter | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: 3180W | Total Noticed: 29 |

on behalf of Debtor Denise K. McDyre shreterecf@comcast.net  shreterlaw@gmail.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6